## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE Ramon E. Reyes, Jr.**          DATE : 4/23/14

DOCKET NUMBER:  **14CR238(SLT)**          LOG # : 3:37 - 3:46

DEFENDANT'S NAME :  **Ally Chunda**
          ✓ Present      ___ Not Present      ✓ Custody      ___ Bail

DEFENSE COUNSEL :  Arnold Levine
          ___ Federal Defender      ✓ CJA      ___ Retained

A.U.S.A: **Tanisha Payne**          DEPUTY CLERK : **F. Chin**

INTERPRETER :  Laura Kalonzo      (Language)  Swahili

_____ Hearing held. _____ Hearing adjourned to_____

____ Defendant was released on_____ PRB with/without some conditions.

____ Defendant was advised of bond conditions by the Court and signed the bond.

____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

____ Additional surety (ies) to co-signed bond by _____

✓ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

____ Order of Excludable Delay entered.   Code Type____   Start_____ Stop_____

✓ Order of Speedy Trial entered.   Code Type_____   Start 4/23/14 Stop 5/9/14

✓ Defendant's first appearance.   ✓ Defendant arraigned on the indictment.

✓ Attorney Appointment of ____ FEDERAL DEFENDER  ✓ CJA

✓ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

✓ Status conference set for 5/9/14 @ 10:30 before Judge Townes

OTHERS : _____
_____
_____