

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

TRP
F. #2014R00683

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 3, 2015

By Mail and ECF

Arnold Jay Levine, Esq.
233 Broadway, Suite 901
New York, NY  10279

       Re:    United States v. Ally Chunda
              Criminal Docket No. 14-238(SLT)

Dear Mr. Levine:

      Enclosed please find the government's additional discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure.  The government also requests reciprocal discovery from the defendant.

      The government hereby encloses three compact discs containing audio files and linesheets of intercepted telephone conversations involving the defendant, pursuant to a judicially-authorized wiretap investigation on telephone number (347) 605-0612, for the following periods: 1) September 24, 2013 through October 23, 2013,  Bates-numbered AC-8; 2) October 25, 2013 through November 22, 2013,  Bates-numbered AC-9; 3) November 22, 2013 through December 21, 2013, Bates-numbered AC-10; and 4) December 26, 2013 through January 24, 2014, Bates-numbered AC-11.

      Very truly yours,

      LORETTA E. LYNCH
      United States Attorney

By:     /s Tanisha R. Payne
       Tanisha R. Payne
       Assistant U.S. Attorney
       (718) 254-6358

Enclosures
cc:    Clerk of the Court (SLT) (by ECF) (without enclosures)